# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**FILED**
**JANUARY 29, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 618**

In the Matter of                                     Case Number:

Stewart V. City of Chicago, et al.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kim Stewart

**JUDGE CASTILLO**
**MAGISTRATE JUDGE BROWN**

| | |
|---|---|
| NAME (Type or print) | |
| Lawrence V. Jackowiak | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Lawrence V. Jackowiak | |
| FIRM  Law Offices of Lawrence V. Jackowiak | |
| STREET ADDRESS  20 North Clark Street, Suite 1700 | |
| CITY/STATE/ZIP  Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6231003 | TELEPHONE NUMBER  312-795-9595 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X**   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X**   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X**   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |