UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Kim Stewart
                              Plaintiff,

v.                                                        Case No.: 1:08−cv−00618
                                                          Honorable Ruben Castillo

City of Chicago, et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, February 7, 2008:


       MINUTE entry before Judge Ruben Castillo :After a careful review of this recently filed complaint, said complaint is dismissed without prejudice to the filing of an amended complaint which names actual individual defendants. Plaintiff's counsel is expressly authorized to proceed with expedited discovery to identify the appropriate individual defendants. Plaintiff's counsel is requested to fully exhaust all settlement possibilities for this dispute prior to filing any amended complaint.Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.