IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIM STEWART; | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 08 C 618 |
| | ) | |
| CITY OF CHICAGO; et al., | ) | JUDGE CASTILLO |
| | ) | MAGISTRATE JUDGE BROWN |
| Defendants. | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

To:   Louis Meyer
      Lawrence V. Jackowiak
      Law Offices of Lawrence V. Jackowiak
      20 North Clark Street - Suite 1710
      Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on May 23, 2008, Defendants filed their answer, defenses and jury demand to plaintiff's amended complaint, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division. A copy of that document is herewith served upon you.

I hereby certify that I have served this notice and the attached document by causing it to be mailed via ECF to the person named above at the address shown this 23rd day of May, 2008.

                                    Respectfully submitted,


                            By:     *Mary S. McDonald*
                                    MARY S. MCDONALD
                                    Assistant Corporation Counsel

30 N. LaSalle St., Suite 1400
Chicago, Illinois 60602
(312) 744-8307 Office
(312) 744-6566
Attorney No. 06199995