**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KIM STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 618 |
| | ) | |
| vs. | ) | Judge Castillo |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT INITIAL STATUS REPORT**

**A.    The Nature of the Case**

1.    Attorneys. Lawrence V. Jackowiak, Louis J. Meyer and Daniel P. Kiss are the attorneys for Plaintiff. Mary McDonald is the attorney for the City of Chicago and Defendant-Officers John Daleason and Cynthia Durate.

2.    Jurisdiction. The basis for jurisdiction is federal subject matter jurisdiction, § 1983 case. Plaintiff claims unreasonable seizure, excessive force, failure to intervene and an indemnification claim.

3.    Relief Sought. Plaintiff seeks money damages.

4.    Service. All parties have been served.

5.    Major Factual and Legal Issues. The major factual issues are the false arrest of Plaintiff, the use of excessive force, failure to intervene.

**B.    Preparation of Draft Scheduling Order**

1.    Dispositive motions. To be filed 30 days after close of discovery.

2.    Discovery Closure. January 31, 2009

**C.    Trial Status**

1.    Jury Demand. All parties have demanded a jury trial.

2.    Probable Length of Trial. 4-6 days.

**D.**     **Consent to Proceed Before a Magistrate Judge**

The parties do not unanimously consent to proceed before a Magistrate Judge.

**E.**     **Settlement Status**

Parties have a settlement conference scheduled for Wednesday, June 18, 2008 at 4:30 p.m.

Respectfully submitted,

Date:  June 10, 2008                           Date:  June 10, 2008

/s/ Lawrence V. Jackowiak                       /s/ Mary McDonald
Law Offices of Lawrence V. Jackowiak            Assistant Corporation Counsel
20 North Clark Street, Suite 1700               30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602                         Chicago, Illinois 60602
(312) 795-9595                                  (312) 744-8307
*Attorney for Plaintiff*                        *Attorney for the Defendants City of*
                                                *Chicago and Chicago Police Officers*