UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Kim Stewart
                         Plaintiff,

v.                                            Case No.: 1:08–cv–00618
                                                      Honorable Ruben Castillo

City of Chicago, et al.
                       Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, June 19, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Settlement conference held in chambers on 6/19/2008. The parties are requested to fully exhaust all remaining settlement possibilities prior to 6/30/2008. The Court will hold a status hearing in open court on 7/1/2008 at 10:15 AM. A firm litigation schedule, including a firm trial date, will be set at the next status hearing. Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.