# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Kim Stewart

                            Plaintiff,

v.                                                    Case No.: 1:08–cv–00618
                                                     Honorable Ruben Castillo

City of Chicago, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 30, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Defendants' oral request to reset the status hearing is granted. Status hearing reset to 7/16/2008 at 9:45 AM. Status hearing set for 7/1/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.