IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| KIM STEWART, ) | |
| Plaintiff, ) | |
| vs. ) | No. 08 C 618 |
| CHICAGO POLICE OFFICERS JOHN ) DALCASON, STAR #5392, CYNTHIA DUARTE, ) STAR #7941 and the CITY OF CHICAGO, ) | Judge Castillo |
| Defendants. ) | Magistrate Judge Brown |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_/s/ Louis Meyer_
Louis Meyer
Attorney for plaintiffs,
Kim Stewart
Law Offices of Lawrence V. Jackowiak
20 N. Clark St., Suite 500
Chicago, Illinois 60602
(312) 795-9595
Attorney No. 6290221
DATE: 7-21-2008

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _/s/ Mary S. McDonald_
Mary S. McDonald
Assistant Corporation Counsel
Attorney for City of Chicago and
defendants,
John Dalcason and Cynthia Duarte
30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-8307
Attorney No. 06199995
Date: 7-22-08

08 C 618