Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 618 | **DATE** | 7/24/2008 |
| **CASE TITLE** | Kim Stewart vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order of Dismissal. This case is hereby dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 JUL 24 PM 1:48
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RO |
|---|---|---|