

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIM STEWART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 C 618 |
| ) | |
| CHICAGO POLICE OFFICERS JOHN ) | Judge Castillo |
| DALCASON, STAR #5392, CYNTHIA DUARTE, ) | |
| STAR #7941 and the CITY OF CHICAGO, ) | Magistrate Judge Brown |
| ) | |
| Defendants. ) | |
| ) | |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Kim Stewart, by one of her attorneys, Louis Meyer, and defendants, John Dalcason and Cynthia Duarte, by one of their attorneys, Mary S. McDonald, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Kim Stewart, against defendants, City of Chicago, John Dalcason and Cynthia Duarte, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Mary S. McDonald
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-8307
Attorney No. 06199995

ENTER: _____
The Honorable Ruben Castillo
United States District Judge

DATED: 7/24/08